389 A.2d 700

Smith, Appellant, v. State Police Civic Association, Inc.

Argued March 14, 1978.   Allen H. Smith, for appellant;  John C. Sullivan, with him Nauman, Smith, Shissler & Hall, for appellee.

Order affirmed.

389 A.2d 700

Snyder et ux. v. Artrip et ux., et al. (et al., Appellant).

Argued March 15, 1978.   John R. Gailey, Jr., for appellant;  Robert L. McQuaide, with him Swope & Frazee, for appellees.

Order affirmed.